JOHN G. BOLDT, Respondent, *v.* THE A. M. & W. H.
WILES COMPANY, Appellant.

*Boldt* v. *Wiles Co.*, 142 App. Div. 903, affirmed.
(Argued June 18, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered December 30, 1910, modifying and affirming as
modified a judgment in favor of plaintiff entered upon a
verdict in an action to recover for personal injuries
alleged to have been sustained by plaintiff through the
negligence of defendant, his employer.

*Louis Marshall* and *James B. Henney* for appellant.

*Lewis E. Carr* and *Abram F. Servin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: GRAY, J.